# Criminal Case Cover Sheet                                U.S. District Court - District of Massachusetts

**Place of Offense:**         **Category No.** II         **Investigating Agency** FBI

**City** Wilmington  Ipswich, Norwood        **Related Case Information:**

**County** Middlesex, Essex, Plymouth

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  23-5120-JGD, contd.
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name**  RAFAEL DAVILA          **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

**Alias Name**  ROBBIN HOOD

**Address**  (City & State) Feeding Hills, MA

**Birth date (Yr only):** 1988   **SSN (last4#):** 7257   **Sex** M   **Race:** Hisp   **Nationality:** _____

**Defense Counsel if known:** _____   **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA**  Philip A. Mallard          **Bar Number if applicable**  679138

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☑ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/5/2023          **Signature of AUSA:** *Philip A. Mallard*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   RAFAEL DAVILA, a/k/a "ROBBIN HOOD"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce | 1 |
| Set 2 | 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 | 2 |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to Steal More than $1,000 from a Federally Insured Bank | 3 |
| Set 4 | 18 U.S.C. § 2113(b) | Theft of More than $1,000 from a Federally Insured Bank | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

M.J. Number Continuation

22-MJ-5446-JGD
22-MJ-5447-JGD
22-MJ-5448-JGD
22-MJ-5449-JGD
23-MJ-5005-JGD
23-MJ-5006-JGD
23-MJ-5007-JGD
23-MJ-5008-JGD
23-MJ-5009-JGD
23-MJ-5011-JGD
23-MJ-5012-JGD
23-MJ-5055-JGD
23-MJ-5056-JGD
23-MJ-5057-JGD
23-MJ-5058-JGD
23-MJ-5059-JGD
23-MJ-5060-JGD
23-MJ-5061-JGD
23-MJ-5062-JGD
23-MJ-5063-JGD
23-MJ-5073-JGD
23-MJ-5074-JGD
23-MJ-5120-JGD
23-MJ-5121-JGD
23-MJ-5122-JGD
23-MJ-5123-JGD
23-MJ-5124-JGD
23-MJ-5125-JGD
23-MJ-5126-JGD
23-MJ-5127-JGD