**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 **Category No.** ___II___      **Investigating Agency** ___FBI___

**City**     Wilmington  Ipswich, Norwood⊞     **Related Case Information:**

**County**     Middlesex, Essex,  Plymouth⊞

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number     23-5120-JGD, contd.
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**     JOSE TORRES _____     Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

**Alias Name**     GOLDY, GOLDY TECH

**Address**     (City & State)  Springfield, MA

Birth date (Yr only): _1986_  SSN (last4#): _2840_  Sex _M_     Race: _Hisp_     Nationality: _____

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**     Philip A. Mallard _____     Bar Number if applicable     679138

**Interpreter:**     ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**     ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes     ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by: _____ on _____

**Charging Document:**     ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**     ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony  _3_

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/5/2023     Signature of AUSA: *Philip A. Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE TORRES, a/k/a "GOLDY", "GOLDY TECH"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce | 1 |
| Set 2   18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 | 2 |
| Set 3   18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

M.J. Number Continuation

22-MJ-5446-JGD
22-MJ-5447-JGD
22-MJ-5448-JGD
22-MJ-5449-JGD
23-MJ-5005-JGD
23-MJ-5006-JGD
23-MJ-5007-JGD
23-MJ-5008-JGD
23-MJ-5009-JGD
23-MJ-5011-JGD
23-MJ-5012-JGD
23-MJ-5055-JGD
23-MJ-5056-JGD
23-MJ-5057-JGD
23-MJ-5058-JGD
23-MJ-5059-JGD
23-MJ-5060-JGD
23-MJ-5061-JGD
23-MJ-5062-JGD
23-MJ-5063-JGD
23-MJ-5073-JGD
23-MJ-5074-JGD
23-MJ-5120-JGD
23-MJ-5121-JGD
23-MJ-5122-JGD
23-MJ-5123-JGD
23-MJ-5124-JGD
23-MJ-5125-JGD
23-MJ-5126-JGD
23-MJ-5127-JGD