**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| Place of Offense: | | Category No. | II | Investigating Agency | FBI |
|---|---|---|---|---|---|

**City**  Wilmington, Ipswich, Norwood

**Related Case Information:**

**County**  Middlesex, Essex, Plymouth

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  23-5120-JGD, contd.
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  NICOLAS DAVILA          Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Springfield, MA

Birth date (Yr only): 1997  SSN (last4#): 6839  Sex M   Race: Hisp   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Philip A. Mallard          Bar Number if applicable  679138

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  4/5/2023          Signature of AUSA:  *Philip A. Mallard*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    NICOLAS DAVILA _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce | 1 |
| Set 2 | 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

M.J. Number Continuation

22-MJ-5446-JGD
22-MJ-5447-JGD
22-MJ-5448-JGD
22-MJ-5449-JGD
23-MJ-5005-JGD
23-MJ-5006-JGD
23-MJ-5007-JGD
23-MJ-5008-JGD
23-MJ-5009-JGD
23-MJ-5011-JGD
23-MJ-5012-JGD
23-MJ-5055-JGD
23-MJ-5056-JGD
23-MJ-5057-JGD
23-MJ-5058-JGD
23-MJ-5059-JGD
23-MJ-5060-JGD
23-MJ-5061-JGD
23-MJ-5062-JGD
23-MJ-5063-JGD
23-MJ-5073-JGD
23-MJ-5074-JGD
23-MJ-5120-JGD
23-MJ-5121-JGD
23-MJ-5122-JGD
23-MJ-5123-JGD
23-MJ-5124-JGD
23-MJ-5125-JGD
23-MJ-5126-JGD
23-MJ-5127-JGD