# Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** FBI

**City** Wilmington, Ipswich, Norwood          **Related Case Information:**

**County** Middlesex, Essex, Plymouth

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   23-5120-JGD, contd.
R 20/R 40 from District of _____

## Defendant Information:

| | |
|---|---|
| Defendant Name | CARLOS FONSECA    Juvenile: ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No |
| Alias Name | CHARLITO |
| Address | (City & State) Springfield MA |

**Birth date (Yr only):** 1990   **SSN (last4#):** 7130   **Sex** M   **Race:** Hisp   **Nationality:** _____

**Defense Counsel if known:** _____   **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Philip A. Mallard            **Bar Number if applicable** 679138

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/5/2023          **Signature of AUSA:** *Philip A. Mallard*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      CARLOS FONSECA, a/k/a "CHARLITO"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Transport Stolen Property Valued Over $5,000 in Interstate Commerce | 1 |
| Set 2 | 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property Valued Over $5,000 | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

M.J. Number Continuation

22-MJ-5446-JGD
22-MJ-5447-JGD
22-MJ-5448-JGD
22-MJ-5449-JGD
23-MJ-5005-JGD
23-MJ-5006-JGD
23-MJ-5007-JGD
23-MJ-5008-JGD
23-MJ-5009-JGD
23-MJ-5011-JGD
23-MJ-5012-JGD
23-MJ-5055-JGD
23-MJ-5056-JGD
23-MJ-5057-JGD
23-MJ-5058-JGD
23-MJ-5059-JGD
23-MJ-5060-JGD
23-MJ-5061-JGD
23-MJ-5062-JGD
23-MJ-5063-JGD
23-MJ-5073-JGD
23-MJ-5074-JGD
23-MJ-5120-JGD
23-MJ-5121-JGD
23-MJ-5122-JGD
23-MJ-5123-JGD
23-MJ-5124-JGD
23-MJ-5125-JGD
23-MJ-5126-JGD
23-MJ-5127-JGD