EXHIBIT 1

COMPACT DISC FILED WITH CLERK'S OFFICE