# Watertown Police

195 French St, Watertown  CT 06795

(860) 945-5200

## CASE/INCIDENT REPORT

**SUPPLEMENTARY**  ☐

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900006294 | 4 | 05/22/2019 05/22/2019 | 04:34 | 05/22/2019 | 05:15 | 1LARCENY ALL OTHER | | 23H | Patrol Officer Fortier, Robert | P178 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | A5C | RFORTIER | 05/22/2019 | 05:15 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00604 | BUNKER HILL Rd  WATERTOWN | | | Cleared by Arres | T153 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| A O | Davila, Rafael  3rd | M | W | 988 | Cel        2223 | ███████████ | MA S89466835 |
| H | ███████████ | M | W | 945 | | | CT |
| H | | F | U | 972 | | | CT |

| ARRESTEE NAME | CHARGES | | CNTS | COURT DATE | BOND |
|---|---|---|---|---|---|
| Davila, Rafael | 53a-123 | LARCENY 2ND DEG | 1 | | $25,000 |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 1 | Automobiles | | | 2001 | CT | 722293 | HARL | FLHTCUI | BLK | 1HD1FCW181Y623503 | |
| I | 1 | Trailers | | | 2001 | CT | 789206 | CARM | CM712VDH | BLK | 5A3C712D61L005029 | |
| 6 | 1 | Other | | | | | | | | | | |
| | | Personal documents and photographs found on scene | | | | | | | | | | |
| 6 | 1 | Other | | | | | | | | | | |
| | | white I-phone in gray/blue case | | | | | | | | | | |
| 6 | 1 | Other | | | | | | | | | | |
| | | Notice of Rights | | | | | | | | | | |

### Vehicle

| YEAR | STATE | REGISTRATION | MAKE | MODEL | COLOR | VIN/SERIAL NO. | INSURANCE COMPANY | POLICY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 2001 | CT | 722293 | HARL | FLHTCUI | BLK | 1HD1FCW181Y623503 | | |
| 2001 | CT | 789206 | CARM | CM712VDH | BLK | 5A3C712D61L005029 | | |

On 05-21-19 at 23:43 hours, while on patrol, I observed a black 2001 Chevrolet Tahoe bearing MA Reg. 5XY413, traveling Eastbound on

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Robert Fortier/ | P178 | 05/22/2019 | /SGT. Christopher Marciano/ | P136 |

1900006294 Cont.

## Watertown Police

195 French St, Watertown  CT 06795

(860) 945-5200

## CASE/INCIDENT REPORT

**SUPPLEMENTARY**

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900006294 | 4 | 05/22/2019 05/22/2019 | 04:34 | 05/22/2019 | 05:15 | 1LARCENY ALL OTHER | | 23H | Patrol Officer Fortier, Robert | P178 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | A5C | RFORTIER | 05/22/2019 | 05:15 |

| STREET NO | STREET NAME AND TYPE | | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|
| 00604 | BUNKER HILL Rd   WATERTOWN | | | | | Cleared by Arres | T153 |

Bunker Hill Rd., Watertown, towing a black enclosed motorcycle trailer, bearing Mass Reg. 830157.  Due to a recent larceny of a black 2001 Carmate Cm712vdh storage trailer bearing CT Reg. 789206, from 195 Bunker Hill Rd. on 05-19-19, I proceeded to follow the vehicle towing the trailer.

As I followed the vehicle, I was looking for significant details that resembled the trailer that was stolen, such as identifying stickers on the rear door.  (Note that photographs of the stolen trailer were passed on to each officer at the Watertown Police Department showing distinctive photos of stickers that were all over the rear door of the trailer.  While observing the photos provided by the owner, ▆▆ ▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Watertown, I observed that a large oval shaped sticker, approximately 14" tall by approximately 30" wide, with the word Fitch on it, was applied to the upper center area of the top of the rear trailer door.)  While examining the trailer still traveling Eastbound on Bunker Hill Rd., I observed that all of the stickers appeared as if they were partially removed, leaving white glue residue in the stickers original shapes on the rear door.  I also observed a large oval glue mark, approximately 14" by 30" in the upper center of the rear door of the trailer.

At this time, I activated my over head cruiser flashing lights and siren and attempted to stop the vehicle, based on my connection with the recent stolen trailer.  As soon as I activated my cruiser flashing lights, the vehicle proceeded Eastbound on Bunker Hill Rd.  I then advised dispatch that I was in pursuit of a dark colored vehicle that was towing the stolen trailer from two days prior out of Watertown, traveling Eastbound on Bunker Hill Rd., at 60 m.p.h.  Note that the vehicle did not stop and proceeded Eastbound on Bunker Hill Rd., increasing it's speed.  Again I advised dispatch that I was still traveling Eastbound on Bunker Hill Rd., however that my speed had increased to 75 m.p.h.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT:OR ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| */PO. Robert Fortier/* | P178 | 05/22/2019 | */SGT. Christopher Marciano/* | P136 |

1900006294 Cont.

## Watertown Police

195 French St, Watertown  CT 06795

(860) 945-5200

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900006294 | 4 | 05/22/2019 05/22/2019 | 04:34 | 05/22/2019 | 05:15 | 1LARCENY ALL OTHER | | 23H | Patrol Officer Fortier, Robert | P178 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | A5C | RFORTIER | 05/22/2019 | 05:15 |

| STREET NO | STREET NAME AND TYPE | | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00604 | BUNKER HILL Rd   WATERTOWN | | | | Cleared by Arres | T153 |

At this time, I observed that the roadway ahead had several "S" curves in it, therefore I began to slow my cruiser down.  I then observed the vehicle fail to stop at the intersection of Bunker Hill Rd. and Ardsley Rd., Waterbury, where there is a clearly posted stop sign.  As I decreased speed in the area of Ardsley Rd., I observed that the trailer was fish tailing on the back and that the operator was having trouble controlling the vehicle, approximately 300 feet in front of me.  Within a matter of seconds, the operator lost control of the vehicle, traveling off the right shoulder of the roadway, striking a tree, causing the vehicle and the trailer to separate from the impact.  The trailer rolled over into a nearby driveway along the right side of the driveway, as a motor cycle was thrown from the rear of the trailer, striking a tree.  I then observed that the vehicle had spun out one hundred and eighty degrees in front of me from the impact and that it was now facing the direction of my cruiser.  Note that the pursuit was extremely short in length, from beginning to end, the weather was clear, the roadways were dry and there was no other vehicle or pedestrian traffic on the roadway at this time.

  I immediately advised dispatch that the vehicle had lost control and that they had crashed into a tree off of the roadway.  As I approached the vehicle, I observed that the passenger side of the vehicle sustained a heavy amount of damage and that the passenger front and rear door were removed from the vehicle as a result of the impact. I then observed a Hispanic male party, approximately 30 years of age, with dark hair, later identified as Rafael Davila DOB ████-88 of ████████████ Springfield, Mass, exit out of the opening of the passenger side of the vehicle and start running Northbound across Bunker Hill Rd., Waterbury  I then advised dispatch that I was engaging in a foot pursuit on Bunker Hill Rd.  I ran after Davila into a nearby yard on Bunker Hill Rd.  While chasing Davila, I identified myself as a police officer, and advised him to stop, to which he continued running.  I then removed my Watertown Police Department issued X26P Taser from my tactical vest and powered it on.  I immediately advised Davila to stop or I was going to Taser him, to which he continued to run.  I

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Robert Fortier/ | P178 | 05/22/2019 | /SGT. Christopher Marciano/ | P136 |

1900006294 Cont.

## Watertown Police
195 French St, Watertown  CT 06795
(860) 945-5200

## CASE/INCIDENT REPORT

**SUPPLEMENTARY**

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900006294 | 4 | 05/22/2019 05/22/2019 | 04:34 | 05/22/2019 | 05:15 | 1LARCENY ALL OTHER | | 23H | Patrol Officer Fortier, Robert | P178 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | A5C | RFORTIER | 05/22/2019 | 05:15 |

| STREET NO | STREET NAME AND TYPE | | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00604 | BUNKER HILL Rd   WATERTOWN | | | | Cleared by Arres | T153 |

then began to close the distance between Davila and myself and again advised him to stop or I was going to Taser him.  At this time, I was close enough to Davila to tackle him to the ground from behind.  Once on the ground, I straddled Davila's back as he tucked his arms under his chest.  I advised Davila to straighten his arms out to his sides, or that I was going to Taser him.  After several commands, Davila complied and spread his arms out to each side of his body.  I then handcuffed (double locked) and placed him under arrest.  At this time, Davila stated," I knew I shouldn't have bought this trailer from that guy."

  Note that during this pursuit, I was operating the Watertown Police Department traffic vehicle and that the dashboard camera was activated immediately as I activated my overhead flashing lights and siren, thus recording the incident.

  At this time, I advised dispatch that I was on the side yard of 604 Bunker Hill Rd., Waterbury, with one male party in custody.  At this time, Sgt. Paquin, Ofc. Marinaro and Ofc. Raimo arrived on scene.  Davilla was then assisted to his feet and escorted back to Ofc. Marinaro's police cruiser.  Davila was then searched and evaluated for injuries.  While asking if he was in any pain, Davilla stated that his head hurt. Note that Davila had several small laceration's to his face, on his forehead and a bloody nose.  I then advised dispatch to have an ambulance sent to the scene for an evaluation of Davila's injuries.

  Note that during this pursuit, my body camera was in standby and was never activated in the heat of the moment.  After the accident, my initial concern was to provide medical attention, based on the amount of damage that the vehicle sustained.  The fact that Davila removed himself and was able to flee from the vehicle seems almost impossible in the given moment.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| */PO. Robert Fortier/* | P178 | 05/22/2019 | */SGT. Christopher Marciano/* | P136 |

1900006294 Cont.

## Watertown Police
195 French St, Watertown  CT 06795

(860) 945-5200

### CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900006294 | 4 | 05/22/2019 05/22/2019 | 04:34 | 05/22/2019 | 05:15 | 1LARCENY ALL OTHER | | | 23H | Patrol Officer Fortier, Robert | P178 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | A5C | RFORTIER | 05/22/2019 | 05:15 |

| STREET NO | STREET NAME AND TYPE | | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00604 | BUNKER HILL Rd  WATERTOWN | | | | Cleared by Arres | T153 |

DMV records revealed that the black Chevrolet Tahoe bearing CT Reg. 5XY413 is registered to Ja███████ H███ ██████████ of ██████████ Springfield, Mass.  However Alias information for ██████████ show the name Jacqueline Davila on record.  DMV records also revealed that Mass. Reg. 830157 is an expired swap registration that was last registered as a trailer plate to Davila's father, Rafael Davila ██████████ of 163 Trafton Rd., Springfield, Ma.  DMV records also revealed that the 2001 black Carmate CM712vdh trailer VIN# 5A3C712D61L005029 and the 2001 black Harley Davidson Flhtcui bearing CT Reg. 722293, VIN # 1HD1FCW181Y623503, were both stolen out of Watertown.

Davila was then referred to the Waterbury Fire Department and transported by AMR (#317) to Waterbury Hospital to be evaluated.  Ofc. Raimo remained with Davila as he was transported to Waterbury Hospital and treated.

I was then advised that Sgt. Anderson of the Waterbury Police Department would be completing the MUCC report for the motor vehicle accident (Case # 19-48609).

The 2001 black Carmate CM712vdh trailer VIN# 5A3C712D61L005029, valued at approximately $3,500.00, the 2001 black Harley Davidson Flhtcui bearing CT Reg. 722293, VIN # 1HD1FCW181Y623503, valued at approximately $7,000.00 and the assortment of miscellaneous tools from within the trailer, valued at $2,000.00, were seized by Ofc. Marinaro and towed to the Watertown Police Department impound lot by Alplex Auto Body.  The Tahoe was removed from the scene by Waterbury P.D. after their completion of the

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Robert Fortier/ | P178 | 05/22/2019 | /SGT. Christopher Marciano/ | P136 |

**Watertown Police**

195 French St, Watertown  CT 06795

(860) 945-5200

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 1900006294 | DAY 4 | INCIDENT DATE 05/22/2019 05/22/2019 | TIME 04:34 | DATE OF RPT 05/22/2019 | TIME OF RPT 05:15 | TYPE OF INCIDENT 1LARCENY ALL OTHER | | INCIDENT CD 23H | INVESTIGATING OFFICER Patrol Officer Fortier, Robert | BADGE NO P178 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID A5C | TYPIST RFORTIER | DATE TYPED 05/22/2019 | TIME TYPED 05:15 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00604 | STREET NAME AND TYPE BUNKER HILL Rd  WATERTOWN | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS Cleared by Arres | TOWN CD T153 |
|---|---|---|---|---|---|

accident report.

While on scene, Ofc. Marinaro located several personal documents and photographs of F███ P███ along the side of the roadway icluded in the dubre of the accident.  The documents and photo's were seized, labeled and placed into evidence to be returned to Page.

On 05-22-19 at 06:29 hours, Ofc. McKirryher transported Davila from Waterbury Hospital to the Watertown Police Department.  Upon arrival to police headquarters, Davila was read and signed his notice of rights at 06:29 hours.  Davila was then booked and processed for the violation of C.G.S. 53a-123 - Larceny 2nd by Possession.  Davila is currently being held on a $25,000.00 bond.

A State of Connecticut Electronic Defense Weapon Report was filed.

A Connecticut Pursuit Tracking Form was filed.

A Connecticut Use of Force Form was filed.

At 03:00 hours, I attempted to make contact with F███ P███ to advise him that his trailer and motorcycle were located, however no contact was made.  A message was left.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: */PO. Robert Fortier/* | INVESTIGATOR I.D.#: P178 | SIGNED DATE: 05/22/2019 | SUPERVISOR SIGNATURE */SGT. Christopher Marciano/* | SUPERVISOR I.D.#: P136 |
|---|---|---|---|---|

1900006294 Cont.

## Watertown Police
195 French St, Watertown  CT 06795
(860) 945-5200

## CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO 1900006294 | DAY 4 | INCIDENT DATE 05/22/2019 05/22/2019 | TIME 04:34 | DATE OF RPT 05/22/2019 | TIME OF RPT 05:15 | TYPE OF INCIDENT 1LARCENY ALL OTHER | | INCIDENT CD 23H | INVESTIGATING OFFICER Patrol Officer Fortier,  Robert | BADGE NO P178 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID A5C | TYPIST RFORTIER | DATE TYPED 05/22/2019 | TIME TYPED 05:15 |
|---|---|---|---|---|---|---|---|---|---|

| STREET NO 00604 | STREET NAME AND TYPE BUNKER HILL Rd   WATERTOWN | | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS Cleared by Arres | TOWN CD T153 |
|---|---|---|---|---|---|---|

Davila's cell phone was seized from the scene as well.  Upon arrival to police headquarters, the cell phone was labeled and placed into evidence.  An ISU was filed.

A Tow Form was completed.

The Teletype for the black 2001 Carmate Trailer #VIN 5A3C712D61L005029 was cancelled from Collect, message # 9137804.  The Teletype for the black 2001 Harley Davidson bearing CT Reg. 722293, VIN# 1HD1FCW181Y623503 was cancelled from Collect, message # 9137802.

Refer to CN # 19-6290, regarding the Motor Vehicle charges.

End of report.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. Robert Fortier/ | INVESTIGATOR I.D.#: P178 | SIGNED DATE: 05/22/2019 | SUPERVISOR SIGNATURE /SGT. Christopher Marciano/ | SUPERVISOR I.D.#: P136 |
|---|---|---|---|---|

1900006294 Cont.

## Watertown Police

195 French St, Watertown  CT 06795

(860) 945-5200

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900006294 | 4 | 05/22/2019 05/22/2019 | 04:34 | 05/22/2019 | 05:15 | 1LARCENY ALL OTHER | | 23H | Patrol Officer Fortier, Robert | P178 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | A5C | RFORTIER | 05/22/2019 | 05:15 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00604 | BUNKER HILL Rd   WATERTOWN | | | Cleared by Arres | T153 |

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER.
THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS
OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS
NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Robert Fortier/ | P178 | 05/22/2019 | /SGT. Christopher Marciano/ | P136 |