

H13W CR17 0174019 S

Cash Register:

## UNIFORM ARREST REPORT JD-CR-21(1)

FOR SPBI USE ONLY

| Field | Value |
|---|---|
| NAME OF ACCUSED (LAST, FIRST MIDDLE) | TORRES, JOSE M |
| SPBI USE ONLY | |
| UAR | 7309489 |
| NO., STREET, CITY, STATE AND ZIP | [redacted] |
| COMPANION U.A.R. NO. | |
| SEX | M |
| RACE | W |
| HISP. | ☒ YES |
| DATE OF BIRTH | [redacted]1986 |
| PLACE OF BIRTH | PR |
| SS#. | [redacted]2840 |
| HT. | 507 |
| WT. | 260 |
| HAIR | BLK |
| EYES | BRO |
| DOCKET NO. | |
| PHYSICAL CHARACTERISTICS (SMT) | |
| PHYSICAL DISABILITIES | NONE |
| RIGHT OR LEFT HANDED | RIGHT |
| TEETH | NATURAL |
| EMPLOYER | RESTLESS AUTO [redacted] |
| OCCUPATION | MECHANIC |
| MARITAL STATUS | SINGLE |
| NUMBER OF CHILDREN | 1 |
| EDUCATION | 12 |
| NATIONALITY | UNITED STATES |
| SKIN COMPLEXION | LBR |
| ACCOMPLICES | |
| PLACE ARRESTED | MELROSE RD EAST WINDSOR, CT |
| PHOTO AVAILABLE | X YES ___ NO |
| PALM PRINTS AVAILABLE | X YES ___ NO |
| NAME AND ADDRESS OF RELATIVE OR PERSON TO BE NOTIFIED IN CASE OF EMERGENCY | |
| ALIAS/MAIDEN NAME | |
| ALIEN REG. NO. | |
| OPERATOR'S LICENSE NO. (MV) | |
| STATE | |
| DATE AND TIME ARRESTED | 09-19-2017 1310 |
| X SURETY / X DETAINED | |
| AMOUNT OF BOND | 750000 |
| ___ CASH / ___ OTHER | |
| COMMERCIAL/HAZ. MAT. | ___ CDL ___ CV ___ HM. |
| TOWN OF ARREST | 047 |
| TOWN OF OFFENSE | 047 |
| ARRESTING OFFICER | OFC. J. CAPEN |
| SHIELD NO. | 157 |
| SIGNATURE OF ACCUSED | X [signature] |
| SIGNED - OFFICIAL TAKING PRINTS | capenj |
| DEPARTMENT OR TROOP/ORI | CT0004700 |
| MOT. VEH. | ___ |
| REG. # | ___ |
| P.D. ID NO. | 047 |
| P.D. CASE NO. | 17-399-AR |
| NOTE AMP. | |
| REMARKS | |
| F.V. / ALC. / NAR. | ___ ___ ___ |
| COURT DATE | 09-20-2017 |
| S.P.B.I. NO. | 1377711 |
| G.A. NO. | GA-13 |
| DATE FINGERPRINTED | 09-19-2017 |
| F.B.I. NO. | 618939CC8 |

| CHARGE(S) AND STATUTE NO. | DATE OF OFFENSE |
|---|---|
| 53a-102 BURGLARY 2 | 09-19-2017 |
| 53a-115 CRIMINAL MISCHIEF 1ST | 09-19-2017 |
| 53a-212 THEFT OF A FIREARM | 09-19-2017 |
| 53a-212 THEFT OF A FIREARM | 09-19-2017 |
| 53a-100aa HOME INVASION | 09-19-2017 |
| 53a-217c CRIMINAL POSSESSION OF FIREARM | 09-19-2017 |
| 53a-217c CRIM. POSS. FIREARM | 09-19-2017 |
| 29-38 WEAPONS IN MOTOR VEHICLE | 09-19-2017 |
| 53a-124 LARCENY 3RD | 09-19-2017 |

STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL DISTRICT OF
HARTFORD

FEB 08 2023

CERTIFIED COPY
SEAL AFFIXED
BY [signature] CLERK

JD-CR-71 LP REV. 7-05

STATE OF CONNECTICUT
SUPERIOR COURT

DOB: 06/21/1986

ORIGINAL INFORMATION: NO
COURT DATE: 09/20/2017
AT: GA13 - ENFIELD

DISPOSITION DATE:
DOCKET NO.: H14H-CR17-0174019-T

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

TORRES JOSE M

Did commit the offenses recited below:

Count: 1 BURGLARY 2ND DEG Type/Class: F/C At: EAST WINDSOR
On or About: 09/19/2017 In Violation Of CGS/PA No: 53a-102

Count: 2 STEALING FIREARM Type/Class: F/C At: EAST WINDSOR
On or About: 09/19/2017 In Violation Of CGS/PA No: 53a-212

Count: 3 STEALING FIREARM Type/Class: F/C At: EAST WINDSOR
On or About: 09/19/2017 In Violation Of CGS/PA No: 53a-212

STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL DISTRICT OF
HARTFORD

FEB 08 2023

CERTIFIED COPY
SEAL AFFIXED
BY Kimberly Luciano
CLERK

SEE OTHER SHEETS FOR ADDITIONAL COUNTS X | DATE | SIGNED (PROSECUTING AUTHORITY)

COURT ACTION

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE) (DATE)
☐ ATTY. ☐ PUB. DEFENDER GUARDIAN

BOND: $225000 | SURETY: PS | ☐ CASH | ELECTION ☐ COURT ☐ JURY
REDUCTION | B.O. | APPEAL | ELECTION WITHDRAWN DATE ☐ | [X] SEIZED PROPERTY

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 100137WW 110520 |
| 1 | 01/03/18 | NG | | | | | | |
| 2 | 01/03/18 | NG | | | | | | |
| 3 | 01/03/18 | NG | | | | | | |

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|
| JAN 30 2020 | B2 350,000 c/s 2:54 | Baldini, J |
| 2-13-20 | M/ to Vacate ReArrest | |
| 2-14-20 | MOTION TO VACATE RO GRANTED. CONDITION OF BOND: Δ TO PROVIDE CURRENT CONTACT INFO (PHONE NUMBER AND ADDRESS) TO HIS ATTORNEY | S/BALDINI, J. |
| 12/09/20 | motion for continuance granted | s/ Gold. |
| 1/21/21 | By stipulation of parties Property Returned to owner and will be secondary evidence | Prats |

CONTINUANCES

| | DATE | PURPOSE | REASON |
|---|---|---|---|
| 1. | FTL | | |
| 2. | 1-22-20 | DA | 2pm |
| 3. | 1-30-20 | DA | 2pm |
| 4. | ~~3-24-20 DA~~ | 2pm | |
| 5. | 5-12-20 | DA | Comp |
| 6. | 12-10-20 | P | PM |
| 7. | 1-21-21 | P | PM |
| 8. | FTL | | |
| 9. | 11-03-21 | Rev/ JPT | 2p |
| 10. | 12/9/21 | BR | 2p |

FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN | ☐ SEE REVERSE SIDE

PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | SIGNED JUDGE

JD-CR-71 LP REV. 7-05

STATE OF CONNECTICUT
SUPERIOR COURT

DOB: 06/21/1986

DISPOSITION DATE:

ORIGINAL INFORMATION: NO

COURT DATE: 09/20/2017

AT: GA13 - ENFIELD

DOCKET NO.: H14H-CR17-0174019-T

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that



TORRES JOSE M

Did commit the offenses recited below:

Count: 4 CRIMINAL MISCHIEF 3RD DEG Type/Class: M/B At: EAST WINDSOR
On or About: 09/19/2017 In Violation Of CGS/PA No: 53a-117

Count: 5 LARCENY 6TH DEG Type/Class: M/C At: EAST WINDSOR
On or About: 09/19/2017 In Violation Of CGS/PA No: 53a-125b

| SEE OTHER SHEETS FOR ADDITIONAL COUNTS | DATE | SIGNED (PROSECUTING AUTHORITY) |
|---|---|---|

## COURT ACTION

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE) (DATE)

☐ ATTY. ☐ PUB. DEFENDER GUARDIAN

BOND: $225000 SURETY: PS ☐ CASH ELECTION: ☐ COURT ☐ JURY

REDUCTION B.O. APPEAL ELECTION WITHDRAWN DATE ☐ ☒ SEIZED PROPERTY

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | PLEA WITHDRAWN NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION 100137WW |
|---|---|---|---|---|---|---|---|---|
| 4 | 01/03/18 | NG | | | | | | |
| 5 | 01/03/18 | NG | | | | | | |

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|

CONTINUANCES

| | DATE | PURPOSE | REASON |
|---|---|---|---|
| 1. | 1/13/22 | PG | 2P |
| 2. | 3/8/22 | PG | |
| 3. | 4/26/22 | PG | |
| 4. | 6-7-22 | PG | |
| 5. | 7-21-22 | PG | |
| 6. | 9-15-22 | PG | |
| 7. | 11/15/22 | PG | |
| 8. | 1-5-23 | PG | |
| 9. | 2-9-23 | PG | |
| 10. | | | |

FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN | ☐ SEE REVERSE SIDE

PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | SIGNED JUDGE

pg. 1 of 2 Sub 9-20-17

**INFORMATION**
JD-CR-71 Rev. 1-17

STATE OF CONNECTICUT
**SUPERIOR COURT**

Disposition date

| Police Case number | Agency name | Agency number |
|---|---|---|
| | | |

## Title, Allegation and Counts

State of Connecticut vs. (Name of accused): Torres, Jose
Residence (Town) of accused:
Docket number: CR17-174019
Address:
Date of birth: [redacted] 86

**The undersigned Prosecuting Authority of the State of Connecticut charges that:**

To be held at (Town): Enfield
Geographical area number: 13
Court date:

| Count | Offense | At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|---|---|
| 1) Count One — Did commit the offense of: | Burglary second degree | | 09/19/2017 | 53a-102 |
| 2) Count Two — Did commit the offense of: | Stealing a firearm | | 09/19/2017 | 53a-212 |
| 3) Count Three — Did commit the offense of: | Stealing a firearm | | 09/19/2017 | 53a-212 |

| Continued to | Purpose | Reason |
|---|---|---|
| | | REQ EFL(CS?) |
| 10-20-17 | P | 5-9-18 X |
| 11-29-17 | P | 6-15-18 X |
| 1-3-18 | P | 7-26-18 X |
| 2-8-18 | X | 8-30-18 X |
| 3-27-18 X | | 9-11-18 X |
| | | 10-23-18 X |
| | | 1-7-19 X |

☑ See other sheet for additional counts

Date: 09/20/2017
Signed (Prosecuting Authority): Christopher [illegible]

## Court Action

Defendant advised of rights before plea (Judge): Johnson (Date) SEP 20 2017
☐ Attorney ☑ Public defender: Abkowicz
Guardian:
Bond: 225,000
Surety: c/s
☐ 10 % ☐ Cash
Election ☐ CT ☐ JY (Date)
Bond change:
Seized property inventory number: 100050

| Count | Plea date | Plea | Plea withdrawn Date | Plea withdrawn New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-3-18 | NG | | | | $ | $ | |
| 2 | 1-3-18 | NG | | | | $ | $ | |
| 3 | 1-3-18 | NG | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| 9.20.17 | s Present w/ PD Abkowicz - appt<br>PC found<br>Bond set at 225,000 c/s<br>cond. of release; no contact w/ victim, stay away from the street where incident took place. | Johnson |

Receipt number | Cost ☐ IMP ☐ NCI | Bond information ☐ Bond forfeited ☐ Forfeiture vacated ☐ Forfeiture vacated and bond reinstated

Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q

Prosecutor on original disposition | Reporter/monitor on original disposition | Signed (Clerk) | Signed (Judge)



- over

**INFORMATION** – Page 2 of 2
JD-CR-71 Rev. 1-17

STATE OF CONNECTICUT
**SUPERIOR COURT**

Disposition date

Police Case number | Agency name | Agency number

## Title, Allegation and Counts

State of Connecticut vs. *(Name of accused)* Torres, Jose
Residence *(Town)* of accused
Docket number CR17-174019

Address
Date of birth [redacted] 84

**The undersigned Prosecuting Authority of the State of Connecticut charges that:**

To be held at *(Town)* Enfield
Geographical area number 13
Court date

| | Continued to | Purpose | Reason |
|---|---|---|---|
| 4) Count Four — Did commit the offense of: Criminal mischief Third deg | | | |
| At *(Town)* / On or about *(Date)* 09/19/2017 / In violation of General Statute number 53a-117 | | | |
| 5) Count Five — Did commit the offense of: Larceny sixth degree | | | |
| At *(Town)* / On or about *(Date)* 09/19/2017 / In violation of General Statute number 53a-125b | | | |
| Count Three — Did commit the offense of: | | | |
| At *(Town)* / On or about *(Date)* / In violation of General Statute number | | | |

☐ See other sheet for additional counts
Date 09/20/2017
Signed *(Prosecuting Authority)* [signature]

## Court Action

Defendant advised of rights before plea
(Judge) (Date)
☐ Attorney ☐ Public defender
Guardian
Bond | Surety | ☐ 10 % ☐ Cash
Election *(Date)* ☐ CT ☐ JY
Bond change
Seized property inventory number

| Count | Plea date | Plea | Plea withdrawn Date | Plea withdrawn New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-3-18 | NG | | | | $ | $ | |
| 2 | 1-3-18 | NG | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| 10/1/17 | Motion to ~~Mod~~ withdraw app filed | |
| 10-20-17 | > Present w/ PD Abkowicz<br>PD motion to withdraw app. granted. | Johnson |

Receipt number | Cost ☐ IMP ☐ NCI | Bond information ☐ Bond forfeited ☐ Forfeiture vacated ☐ Forfeiture vacated and bond reinstated

Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q

Prosecutor on original disposition | Reporter/monitor on original disposition | Signed *(Clerk)* | Signed *(Judge)*

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|
| | Cr 17-174019 | |
| 8-26-18 | s Present w/ Atty Mannion | Johnson |
| AUG 30 2018 | s Present w/ Atty Mannion | Johnson |
| 9-11-18 | s Present w/ Atty | Prats |
| 0-23-18 | s Present w/ Atty Mannion | |
| | Motion to w/draw Atty Mannion granted. | |
| | no action on Inventory | |
| 2-4-18 | s Present w/ Atty chambers - on behalf | Prats |
| | of Atty Mannion | |
| | No action on Inventory | |
| -7-19 | s Present - w/ Atty chambers | Grathers |
| -28-19 | s Present w/ Atty chambers | Prats |
| 4-2-19 | s Present w/ Atty chambers | Prats |
| JUN 03 2019 | s Present w/ Atty chambers | Prats |
| -9-19 | s Present w/ Atty chambers | Prats |
| 19-19 | s Present w/ Atty chambers | Prats |
| | X Ti to GA 14 Jury List | |
| | offer w Draw | |





Arrest Report

Arrest #: 17-399-AR
Call #: 17-16261

court copy - PC

Date/Time Reported: 09/19/2017 @ 1228
Arrest Date/Time: 09/19/2017 @ 1310
Booking Date/Time: 09/19/2017 @ 1402

Court: ENFIELD SUPERIOR COURT
Court Date: 09/20/2017 @ 1000
Reporting Officer: Officer Jeffrey Capen
Booking Officer: Officer Jeffrey Capen



STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL DISTRICT OF
HARTFORD

FEB 08 2023

CERTIFIED COPY
SEAL AFFIXED
BY [signature] CLERK

Bail For Court: ENFIELD SUPERIOR COURT Set: 09/19/2017 @ 1500
Surety Bond Set 750000.00
Surety Bond Set
Bail Set By: PD Bail set by Police Department
Bail Unpaid:

Signature: [signature]

| # | DEFENDANT (S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| . | TORRES, JOSE M [redacted] | M | W | 31 | *********** | [redacted] |

Military Active Duty: N
HEIGHT: 507 WEIGHT: 260 HAIR: BLACK EYES: BROWN
BODY: NOT AVAIL. COMPLEXION: NOT AVAIL.
DOB: [redacted]1986 PLACE OF BIRTH: PUERTO RICO
LICENSE NUMBER: NOT AVAIL. ETHNICITY: HISPANIC

[CONTACT INFORMATION]

Home Phone (Primary) [redacted]

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY

GLASSES WORN: NO

TATTOOS: TAT ARM(MULTIPLKE BOTH ARMS)

Probable Cause Document
Judge [signature: Johnson]
Date

SEP 20 2017

Ref: 17-399-AR

Officer's Initials: JFC ID: 157 Date: 9/19/17

Supervisor's Initials: JL ID: 155 Date: 9/19/17

On 09/19/17, at approximately 1228 hrs., the East Windsor Police department received a 911 call from 64 Kreyssig Road, that some unknown people had entered his home. The caller, V1 who will know be referred to as V1, said that these people pulled up to his home in a tan Audi with Massachusetts license plates, and were now attempting to enter his home. V1 then told dispatch that he could hear people in the house, so he retreated to his bedroom closet. When Sgt. Reimer arrived along with the Chief of Police and Deputy Chief of Police, the suspects and the vehicle had already left the area. A short time later, Cpl. Tudryn and Ofc. Jones, stopped the suspect vehicle on Melrose Road, a short distance away from the scene of the crime. Upon my arrival, I entered the home. V1 was downstairs in the kitchen. I then proceeded upstairs where Sgt. Reimer, the Chief and Deputy Chief, were still conducting a search of the home. A short while later, after the house was deemed clear of any remaining suspects. The Chief of Police requested the detective division to respond to 64 Kreyssig Road. I then went back downstairs and spoke to V1. He said he was eating lunch in his bedroom, when out his window, he saw the suspect vehicle enter his driveway. He said he heard someone knock or ring the doorbell, but that he did not answer, because he did not recognize the suspects. V1 said he then called his mother to see if she had been expecting anyone to stop by the house. He said his mother emphatically responded, No. V1 said he then closed and locked his bedroom door. When he heard banging sounds as if someone was trying to break in the home, he then got into his bedroom closet.

A short time later, I then took V1 to where Cpl. Tudryn and Ofc. Jones were with the suspects. I did a slow drive by, and V1 identified, the tan Audi, as the one that had entered his driveway. I asked V1 if he was a 100% sure that was the vehicle, and he said yes, without hesitation. I then drove V1 back to his home on Kreyssig Road. Several minutes later I returned to Cpl. Tudryn and Ofc. Jones. It was then learned that the suspects had in fact taken items from the home, and had been throwing them out the car window as Cpl. Tudryn and Ofc. Jones were attempting to stop them. The detective division had discovered, firearms, jewelry and other items had been stolen from the home. I then took took possesion of Wilson Zayas, one of the suspects, and brought him to the Police department for processing. A short time later, Ofc. Jones arrived at the Police station, with the other two suspects Jose Torres and Luis Velazquez. All three were processed, and are being charged with Burglary 2nd degree, 2 counts each of theft of firearm, Home invasion, two counts each of possesion of a firearm, weapons in a motor vehicle, criminal mischief 1st degree and Larceny 3rd degree. All three suspects are each being held on $750,000.00 Surety Bond. If no one can post their bond, they will have an appearence date of 09/20/17, at Enfield Superior Court, at 1000 hrs.

The undersigned having read the foregoing, hereby swears to the truth of the matters contained herein. Subscribed and sworn to before me on This 19 day of Sept at 2017

Signed: [signature]  Signed/Investigating Officer: J Capen #157

Ref: 17-399-AR

Officer's Initials: ____________ ID: ____________ Date: ____________

Supervisor's Initials: ____________ ID: ____________ Date: ____________

On Tuesday September 19, 2017 at approximately 1228 Hrs., Dispatch received a 911 call from [redacted] from a party reporting that 2 unknown subjects had entered his house and that nobody is supposed to be there. The caller stated that he was currently hiding in his bedroom. Dispatch remained on the phone with the reporting party for the duration of this incident.

While I was responding to the area dispatch provided further updates that the suspect vehicle is possibly a tan Audi with MA plates on it and it is in the driveway of [redacted] Dispatch also provided a description of the house as being pink or red in color and is on the East Windsor Ellington Town line. Dispatch also stated they recived a call from the homeowners stating nobody should be in the house except for their son and they they were both responding home.

I was the first officer to arrive in the area. I had turned off my emergency lights and sirens prior to arriving in the area. I turned from Melrose Road onto Kreyssig Road and rounded the bend in the road. I observed a tan Audi SUV bearing MA REG 6PM941 with two front seat occupants traveling on Kreyssig Road in my direction. I radioed this information to dispatch. I continued another couple hundred feet until I could see #64 Kreyssig Road and saw that there was no Audi with MA plates in the driveway. At this point I turned my cruiser around and proceeded after the Audi SUV that I just saw.

I exited Kreyssig Road and turned right onto Melrose Road and began traveling towards Broad Brook Road. I saw the Audi SUV ahead of me and estimated that it was traveling at a high rate of speed. There were no vehicles between the Audi SUV and my cruiser. I caught up to the Audi SUV by East Road with my lights and siren activated. At about this time Ofc Jones turned from Broad Brook Road onto Melrose Road and began traveling in our direction with his emergency lights activated. The Audi SUV pulled to the right side of the road and stopped. Ofc Jones stopped approximately 100 feet from the front of the Audi SUV.

I cautiously approached the vehicle and saw that in addition to the two front seat passengers there was a rear seat passenger. I ordered the operator to put all the windows down, he complied. I then ordered the operator to turn off the ignition, he complied. I then asked the operator the exit the vehicle, he complied. The operator verbally identified himself as [redacted] I spoke with [redacted] at the rear of my cruiser. He informed me that he was coming from Enfield and going back to Springfield and that he got lost. When asked why he was on that street (I gestured to Kreyssig Road) he stated he just pulled over to get directions. When asked why he was stopped in a driveway he denied being in a driveway. I detained [redacted] in the rear of my cruiser.

I then spoke to the front right seat passenger who verbally identified himself as Jose Torres. Torres stated that he just left his cousins house and was on his way to Springfield. When asked where his cousin lived, he gestured with his head (towards Kreyssig Road) and said over there. I clarified, that road right over there, and I also gestured towards Kreyssig Road he said yes. I detained Torres in the rear of Ofc Jones cruiser. When patting Torres down I located 2 gold rings in his right pants pocket. I seized both rings. I also seized Torres' phone.

I then spoke with the right rear passenger who verbally identified himself as [redacted] [redacted] didn't speak english very well. [redacted] was detained, handcuffed and seated on the ground.

Ref: 17-399-AR

Officer's Initials: ____________ ID: ____________ Date: ____________

Supervisor's Initials: ____________ ID: ____________ Date: ____________

After all 3 suspects were detained Ofc Jones explained that he had secured a knife that was in the center console as the front right seat passenger had touched it several times while I was talking with the driver by my cruiser.

While I was speaking with the occupants of the vehicle, Chief DeMarco, Deputy Chief Hart and Sgt. Reimer arrived at [REDACTED] and quickly determined that a home invasion occurred and that firearms and other valuables were missing. Chief DeMarco left [REDACTED] and responded to my location to speak about this incident. When Chief DeMarco arrived at my location he informed me that he observed many items on the side of the road on Melrose Road closer to Kreyssig Road and asked if I saw them throw anything out the windows. I did not see items thrown out of the window as there was a small time frame that I lost sight of the Audi. Chief DeMarco directed Det. Sgt. Carl and Det Roberts to the area and they located evidence of the crime that had just occurred.

Ofc Capen drove the reporting party by the scene of the car stop and he positively identified the car that I had stopped as the one being in his driveway.

The residence is equipped with surveillance cameras. The homeowner arrived home and reviewed the surveillance with investigators on scene.

At this point Sgt. Reimer told me that there was probable cause to arrest the 3 suspects that were in the Audi SUV that I stopped. Ofc Capen arrived at my location, he transported [REDACTED] to the EWPD for processing. Ofc Jones transported [REDACTED] and Torres to the EWPD for processing.

I remained on scene with the Audi SUV. Bosco's Automotive arrived on scene to tow the Audi SUV. Prior to Bosco's arriving I opened the driver side door and reached into the car. I was wearing gloves. I took hold of the key that was in the center console and placed it in the ignition of the vehicle. I turned the ignition on so that I could put the windows up. Once the windows were up I removed the key from the ignition and closed the door.

Bosco's Automotive arrived on scene to tow the Audi SUV. I directed the tow truck driver that he could not enter the interior of the vehicle. The tow truck driver utilized a wheel lift and dolly to tow the Audi so that he did not have to enter the SUV. Sgt. Reimer arrived at my location. Sgt. Reimer followed the tow truck and Audi SUV to the EWPD impound lot where the Audi SUV was secured.

I then cleared the scene.

The undersigned having read the foregoing, hereby swears to the truth of the matters contained herein.
Subscribed and sworn to before me on
This 20 day of Sept at 0828

[signature] Signed

Cpl A [signature] 179 Signed Investigating Officer

Ref: 17-1089-OF

On 09/19/2017 at approximately 1228 hours, the East Windsor Police Department received a 911 phone call from [redacted] herein referred to as V1. V1 stated that he was at his residence, 64 Kreyssig Road Broad Brook and believed that unidentified parties were attempting to break into his home. V1 relayed that there was an unknown, gold SUV in the driveway. V1 later mentioned that the vehicle appeared to have Massachusetts registration plates.

V1 relayed that he believed the parties were outside of his home and were attempting to gain access. While on the phone with dispatchers, V1 expressed that V1 believed the parties had forced entry into the home and as such, V1 locked his bedroom door and retreated to the closet. V1 remained on the phone line for several minutes before noting that the noise in his home had subsided. Dispatch then notified V1 that an officer had stopped a suspected vehicle and that other units were in route to the home. V1 remained on the phone line until contact was made with responding officers.

As V1 relayed information, dispatch notified responding units that a gold SUV with Massachusetts registration plates was believed to be involved in this incident. Corporal Tudryn was the first unit in the area, calling such out to dispatch. As Corporal Tudryn turned from Melrose Road onto Kreyssig Road, he noted a gold SUV with Massachusetts registration plates leaving the area of the incident. Corporal Tudryn observed the vehicle as it traveled down Kreyssig Road in an attempt to travel east on Melrose Road, a natural path of travel towards Route 91.

Corporal Tudryn continued down Kreyssig Road until able to gain sight of the driveway of 64. Upon observing no gold SUV in said driveway, Corporal Tudryn turned his vehicle and began traveling east bound on Melrose Road, in the direction of the aforementioned SUV. Corporal Tudryn noted MA REG 6PM941, a 2007 Audi Q7 SUV color brown traveling east bound at a high rate of speed. Corporal Tudryn then conducted a traffic stop with the involved vehicle in the area of the intersection of Melrose Road and East Road, Broad Brook, approximately one half (0.5) mile from 64 Kreyssig Road. See Corporal Tudryn's attached supplement.

As Corporal Tudryn conducted the traffic stop, several East Windsor Officers responded to and cleared 64 Kreyssig Road before Sergeant Reimer conducted a walk through the home with [redacted] herein referred to as V2. During the walk through V2 noticed his gun safe, located in the master bedroom, had been tampered with. Upon further inspection, V2 advised Sergeant Reimer that two (2) firearms were missing from the safe: a .45 Cold Commander and a .357 Ruger GP100 Revolver. V2 noted that a jewelry box had been taken from the master bedroom as well.

I arrived on scene at [redacted], where V2 immediately notified me that the home had internal surveillance cameras, which V2 had monitored during the event. In a later sworn statement, V2 explained that he had been at work when his wife, [redacted] herein referred to as V3, contacted him. V3 advised V2 of the event occurring at their home, at which time V2 turned on the LorexPing 2 Application on his cell phone, which gave V2 live steam footage of 3 surveillance cameras in the home. V2 immediately noted that there was a gold SUV parked in his driveway, which he did not recognize; As such, V2 took a photo of the footage which saved to his phone.

V2 placed his phone on a dash mount and monitored the live footage as he traveled back towards his home. V2 watched as two unknown persons wearing white t-shirts exited the front door of V2's home before entering the gold SUV. Seconds later the SUV left the driveway. V2 then observed Police vehicles arrive on scene and Officer's enter the home.

V2 continued on his commute home, stopping at the intersection of East Road and Melrose Road, where he saw a

Ref: 17-1089-OF

Gold SUV he immediately recognized as the SUV he had just seen on his video surveillance. The SUV was now pulled over by a police vehicle. V2 pulled over and approached the police vehicle, telling nearby officers that he believed that vehicle had attempted to break into his home. Upon approaching, V2 noticed that the males in the vehicle wore white t-shirts, similar to those which V2 had observed on his in-home surveillance. V2 notified responding officers of such and was asked to return to his home.

V2 showed me the still photo, taken from his in-home surveillance, which I took a picture of and forwarded to the East Windsor Detectives. V2 then attempted to pull up recordings from the surveillance equipment, but came to find that the feed was real time only. V2 also relayed that the time on his equipment was approximately 1 hour delayed and wished to advise investigators.

I received a phone call from Detective Sergeant Carl. Detective Sergeant Carl requested V2 be taken to Melrose Road as suspected items had been located road side along the route of travel of the MA REG 6PM941, the area between the home and the motor vehicle stop. V2 responded and immediately noted that the aforementioned two (2) handguns, the missing jewelry box and a camera case which belonged to his family laying on the side of Melrose Road. Said items were seized as evidence.

At approximately 1310 hours, the three (3) occupants of MA REG 6PM941 were taken into custody with regards to this incident. Due to its evidentiary value in this case, the involved vehicle, MA REG 6PM941, a 2007 Audi Q7 color brown, was secured and transported to the East Windsor Police Department per procedure, search warrant to follow.

The East Windsor Detectives Bureau then began processing [redacted]. Photos and evidence were logged by Detective Roberts. The rear slider door had been tampered with, showing apparent pry style marks which left blue colored paint transfer on the exterior molding as well as the door itself. The sole window on the kitchen side of the garage was found to be completely open with a tampered lock, upon further inspection the window also showed apparent pry style marks which left blue colored paint transfer on the exterior molding as well as the window itself.

On that date at approximately 1700 hours, V1 and V2 separately gave witness statements corroborating the information listed above, see attached.

All evidence was transported to the East Windsor Police Department and processed per policy.

Supplemental reports regarding this case to follow.

The undersigned having read the foregoing, hereby swears to the truth of the matters contained herein.

Subscribed and sworn to before me on this 19 day of September 2017 at 2200 EWPD

#424

Signed

-194

Investigating Officer, Officer J.Minihan 194